UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **4:20-CR-649-03** |
| *versus* | § | |
| | § | **JUDGE ANDREW HANEN** |
| **RAUL SERRATO-RODRIGUEZ** | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATES

*TO THE HONORABLE ANDREW HANEN*:

1. Raul Serrato-Rodriguez asks the Court to continue the sentencing hearing, and shows the following supporting this request:

2. Serrato-Rodriguez pleaded guilty to being an illegal alien in possession of a firearm. His co-defendant Josimar Jaimes-Garcia has also pleaded guilty. (Co-defendant Pablo Serrato-Sosa is pending trial.)

3. The PSR ccmpletion date is October 22, 2021. Objections are due by November 5, 2021. The final PSR is due by November 19, and sentencing is set for November 30, 2021, at 8:30 am.

4. Defense counsel needs additional time to prepare for sentencing, including time to obtain records from overseas which may affect the sentence. Serrato-Rodriguez will be denied effective assistance of counsel is sentencing proceeds as currently scheduled.

5. Additionally, the Probation Officer assigned to this case has a medical issue that will delay disclosure of the PSR by at least 90 days.

6. Serrato-Rodriguez asks that the sentencing dates in this case be reset for at least 90 days.

7. The AUSA and counsel for co-defendant Jaimes-Garcia are unopposed to this motion.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Raul Serrato-Rodriguez

CERTIFICATE OF SERVICE

A copy of this pleading was provided to the AUSA on October 15, 2021, via CM/ECF.

/s/ David Adler

_____

David Adler

CERTIFICATE OF CONFERENCE

The AUSA and counsel for co-defendant Jaimes-Garcia are unopposed to this motion.

/s/ David Adler

_____

David Adler

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | **4:20-CR-649-03** |
| *versus* § § | **JUDGE ANDREW HANEN** |
| **RAUL SERRATO-RODRIGUEZ** § | |

**ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING**

Serrato-Rodriguez's unoposed motion to continue the sentencing dates is:

Granted,

The current sentencing deadlines for Serrato-Rodriguez and for co-defendant Jaimes-Garcia in this case are reset as follows:

The PSR will be filed by _____ _____, 202__.

Objections will be filed by _____ _____, 202__.

The final PSR will be filed by _____ _____, 202__.

Sentencing will be held on _____ _____, 202__, at _____ am pm.

Denied.

Signed on _____ _____, 2021.

_____
Andrew Hanen
United States District Judge